## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

HASSANIN ALY,                                    )
                                                 )
      Plaintiff,                         )
                                                 )
v.                                               )          No. 12-06069-CV-SJ-DGK
                                                 )
HANZADA FOR IMPORT & EXPORT                      )
COMPANY, LTD.,                                   )
                                                 )
      Defendant.                         )

## ORDER

This matter is before the Court on a discovery dispute. Pursuant to Local Rule 37.1, on July 21, 2015, at 10:00 a.m., the Court held a telephone hearing during which it heard argument from Plaintiff's counsel Richard Gilloon and Nicholas Sullivan, and Defendant's counsel Brent Nicholls. Having considered the parties' pre-hearing memoranda (Docs. 69, 71) and the arguments made during the hearing, the Court rules as follows.

If a party fails to obey a discovery order, then the court may render a default judgment against that party. Fed. R. Civ. P. 37(b)(2)(A)(vi); *Chrysler Corp. v. Carey*, 186 F.3d 1016, 1019 (8th Cir. 1999) (setting out the conditions for default judgment as a discovery sanction); *see also* Order Granting in Part Motion for Sanctions, *KC Ravens, LLC v. Micah Energy Corp.*, No. 4:13-CV-870-DGK, Doc. 55 (W.D. Mo. Dec. 19, 2014). The deadline for Defendant to completely respond to all discovery is August 17, 2015 (Doc. 65). As the Court warned during the hearing, if Defendant does not observe that deadline—meaning if it fails to respond completely to all outstanding discovery requests by that date—then the Court will strongly consider, to the extent permitted by *Chrysler*, a Rule 37(b)(2) motion from Plaintiff.

**IT IS SO ORDERED.**

    /s/ Greg Kays
    _____
GREG KAYS, CHIEF JUDGE

Dated:  July 21, 2015       UNITED STATES DISTRICT COURT