**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| HASSANIN ALY, | ) | Case No. 5:12-cv-06069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| HANZADA for IMPORT & EXPORT COMPANY, LTD., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the Defendant, HANZADA for IMPORT & EXPORT COMPANY, LTD., and move this Court for an Order granting the Motion for Summary Judgment pursuant to F.R.Civ.P. 56 in their favor and against the Plaintiff. In support of this Motion the Defendant shows the Court that no issues of material fact exist, and Defendant is entitled to judgment as a matter of law. Defendant has simultaneously submitted on this day a Suggestion in Support of Motion for Summary Judgement and an Index of Exhibits.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed.

Dated this 17th day of September, 2015.

HANZADA FOR IMPORT & EXPORT COMPANY, LTD., Defendant

By: /s/ Brent Nicholls
**Brent Nicholls #22146**
KN Law, PC, LLO
300 S. 19th St. Ste. 300
Omaha, NE 68102
Ph: 402-502-0600
Fax: 402-614-6540

# CERTIFICATE OF SERVICE

I, Brent Nicholls, hereby certify that on September 17th, 2015 I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the attorneys for the Plaintiff listed therein at the addresses indicated in that system.

_____
Brent Nicholls

**Richard J. Gilloon**
10330 Regency Parkway Drive #100
Omaha, NE 68114
(402) 397−2200
Email: gilloon@eslaw.com

**Nicholas F. Sullivan**
Erickson Sederstrom
10330 Regency Parkway Drive
Ste 100
Omaha, NE 68114
402−397−2200
Email: nsull@eslaw.com

**Kevin D Weakley**
Wallace, Saunders, Austin, Brown & Enochs, Chartered−OPKS
10111 West 87th Street
Overland Park, KS 66212
913−752−5526
Fax: 913−888−1065
Email: kweakley@wsabe.com

**Edwin H. Smith**
Polsinelli PC − StJ
3101 Frederick Avenue
St. Joseph, MO 64506
(816) 271−8033
Fax: (816) 279−3977
Email: esmith@polsinelli.com