# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

HASSANIN ALY,               )
                                    )
        Plaintiff,          )
                                    )
v.                            )         No. 12-CV-6069-SJ-DGK
                                    )
HANZADA FOR IMPORT & EXPORT  )
COMPANY, LTD.,            )
                                    )
        Defendant.      )

## ORDER SETTING AMOUNT OF REASONABLE EXPENSES
## IMPOSED AS A SANCTION

This matter concerns the amount of sanctions to be awarded to Plaintiff Hassanin Aly ("Aly") for the costs it incurred bringing a motion for sanctions against Defendant Hanzada for Import & Export Company, Ltd. ("Hanzada"). After Hanzada repeatedly and unjustifiably failed to meet court deadlines, Aly moved for sanctions. The Court granted the motion in part, ordering Hanzada to "reimburse Aly his reasonable expenses, including attorneys' fees, incurred in bringing [its Motion for Sanctions, Doc. 78]." (Doc. 94 at 5). The Court directed Aly to file an affidavit stating the amount of such expenses, and gave Hanzada an opportunity to respond. Having considered Aly's brief (Doc. 96)—to which Hanzada never responded—the Court now rules as follows.

Aly states that he has incurred $4,943.50 in attorneys' fees in conjunction with his filing. He includes affidavits from three of his attorneys. One, Nicholas Sullivan, swears that he bills $175.00 per hour and spent 25.4 hours preparing his motion and the associated briefing. A second, Richard Gilloon, swears that he bills $215.00 per hour and spent 1.2 hours on these

tasks.  A third, Kevin Weakley, swears that he bills $185.00 per hour and spent 1.3 hours on these tasks.

Given the prevailing local rates, the Court finds that the hourly rates of Aly's attorneys are reasonable.  Further, given the thoroughness of their written work product, the Court finds the number of hours that they spent on this matter to be reasonable.  Applying the traditional lodestar calculation to those figures, the Court multiplies each attorney's hourly rate by the number of hours they worked and adds those amounts together.  The Court awards Aly the resulting amount of $4,943.50.

### Conclusion

For the reasons above, the Court ORDERS Hanzada to, no later than February 8, 2016, deliver payment in the amount $4,943.50 to either Aly or Aly's attorneys.

**IT IS SO ORDERED.**

Date:  January 25, 2016                     /s/ Greg Kays
                                            GREG KAYS, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT